**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 98-6564**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

KENNETH ORLANDO LEGRAND,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Jackson L. Kiser, Senior District Judge. (CR-93-100, CA-97-291-R)

_____

Submitted: July 22, 1998          Decided: August 10, 1998

_____

Before ERVIN, MICHAEL, and MOTZ, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Kenneth Orlando Legrand, Appellant Pro Se. Thomas Jack Bondurant, Jr., Assistant United States Attorney, Roanoke, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>United States v. Legrand</u>, Nos. CR-93-100; CA-97-291-R (W.D. Va. Feb. 10, 1998). We deny Appellant's motion to authorize a transcript at government expense, and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>